IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., *Plaintiff* : | CIVIL ACTION |
| v. : | |
| CONVRGD DATA TECH, INC., *Defendant* : | No. 20-3621 |

## ORDER

AND NOW, this _19_ day of November, 2020, upon consideration of this Courts prior orders (Doc. No. 3, 6), Plaintiff's Motion for Alternative Service and for Extension of Time to Serve Defendant (Doc. No. 4), and Plaintiff's Affidavit in Support of its Motion (Doc. No. 8), it is **ORDERED** that Plaintiff's Motion (Doc. No. 4) is **GRANTED IN PART**. Plaintiff shall serve Defendant by January 4, 2021. Plaintiff's request for leave to serve by alternate means is **DENIED WITHOUT PREJUDICE**. Should Plaintiff's efforts to serve Defendant continue to prove unsuccessful, Plaintiff may re-file a request for alternative service with an additional affidavit detailing its efforts. This new request should indicate its efforts to personally serve Defendant's corporate secretary.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1