IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., *Plaintiff* | : CIVIL ACTION : : |
| v. | : : |
| CONVRGD DATA TECH, INC., *Defendant* | : No. 20-3621 : |

### ORDER

AND NOW, this 7th day of January, 2021, upon consideration of this Courts prior order (Doc. No. 12), Plaintiff's Second Motion for Alternative Service and for Extension of Time to Serve Defendant (Doc. No. 11), and Plaintiff's Affidavit in Support of its Second Motion (Doc. No. 13), it is **ORDERED** that Plaintiff's Motion (Doc. No. 11) is **GRANTED IN PART**. Plaintiff shall serve Defendant by February 8, 2021. Plaintiff's request for leave to serve by alternate means is **DENIED WITHOUT PREJUDICE**. Should Plaintiff's efforts to serve Defendant continue to prove unsuccessful, Plaintiff may re-file a request for alternative service with an additional affidavit detailing its efforts.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1